IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brian Fickey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-cv-4128 |
| ) | |
| v. ) | Judge Sharon Johnson Coleman |
| ) | |
| S & C Electric Co. and ) | |
| Sterling Staffing, Inc., ) | |
| ) | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO S&C ELECTRIC CO.
UNDER FRCP 41(a)(1)(A)(ii)**

Plaintiff and Defendant S&C Electric Co. ("S&C"), by and through their respective attorneys, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), stipulate that all claims against S&C be dismissed with prejudice, and that S&C be dismissed as a Defendant from this case, , and with each party to bear its own fees and costs.

*It is agreed and so stipulated:*

| /s/ Julie Herrera | /s/ Steven L. Brenneman |
|---|---|
| *Attorney for Plaintiffs* | *Attorney for Defendant S&C Electric Co.* |
| | |
| Law Office of Julie O. Herrera | Fox Swibel Levin & Carroll LLP |
| 53 W. Jackson, Suite 1615 | 200 W. Madison Street, Suite 3000 |
| Chicago, IL 60604 | Chicago, Illinois 60606 |
| Tel: 312-697-002 | 312-224-1206 (direct) |
| Fax: 312-697-0812 | 312-224-1200 (main) |
| jherrera@julieherreralaw.com | 312-224-1201 (fax) |
| | sbrenneman@foxswibel.com |