# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Brian Fickey

                              Plaintiff,

v.                                                    Case No.: 1:18−cv−04128
                                                    Honorable Sharon Johnson Coleman

Sterling Staffing, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against S & C Electric Company is dismissed with prejudice, with each party to bear its own fees and costs. S & C Electric Company terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.