IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brian Fickey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-cv-4128 |
| ) | |
| v. ) | Judge Sharon Johnson Coleman |
| ) | |
| S & C Electric Co. and ) | |
| Sterling Staffing, Inc., ) | |
| ) | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## UNDER FRCP 41(a)(1)(A)(ii)

Plaintiff and Defendant Sterling Staffing, Inc., by and through their respective attorneys, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), stipulate that this case be dismissed with prejudice, with each party to bear its own fees and costs.

*It is agreed and so stipulated:*

| /s/ Julie Herrera | /s/Jennifer H. Kay |
|---|---|
| *Attorney for Plaintiffs* | *Attorney for Sterling Staffing, Inc.* |
| | |
| Law Office of Julie O. Herrera | Tribler Orpett & Meyer, P.C. |
| 53 W. Jackson, Suite 1615 | 225 W. Washington Street, Suite 2550 |
| Chicago, IL 60604 | Chicago, IL 60606 |
| Tel: 312-697-002 | Tel: 312-201-6400 |
| Fax: 312-697-0812 | Fax: 312-201-6401 |
| jherrera@julieherreralaw.com | jhkay@tribler.com |